UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL ALAN CROOKER,<br><br>Plaintiff,<br><br>vs.<br><br>ARROW FINANCIAL SERVICES.<br><br>Defendant. | CIVIL ACTION NO. 08-cv-10262-JLT |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that Plaintiff's Complaint is dismissed with prejudice and without costs to either party.

Respectfully submitted,
MICHAEL ALAN CROOKER,
*Pro Se*,

/s/ *Michael Alan Crooker*
Michael Alan Crooker
Prisoner No. 03631-158
FCI -1 - Victorville
P.O. Box 5300
Adelanto, CA 92301

Respectfully submitted,
ARROW FINANCIAL SERVICES
By Its Attorneys,

/s/ *Andrew M. Schneiderman*
David A. Grossbaum, BBO #546020
Andrew M. Schneiderman, BBO #666252
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
617-213-7000

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that the document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). This document will also be mailed by First Class mail to those participants not so registered.

/s/ *Andrew M. Schneiderman*
Andrew M. Schneiderman

34037537v1 838180